IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02920-RPM-MEH

DAVID McFALL,

    Plaintiff,

v.

WAKEFIELD & ASSOCIATES; and
DOES 1-10, inclusive,

    Defendants.
_____

### ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation of Dismissal [11] filed March 4, 2011, it is

ORDERED that this action is dismissed with prejudice and without costs to any party.

DATED:   March 8th, 2011

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge